IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Consolidated Under MDL DOCKET NO. 875 |
| JAMES EDWARD DOUGHERTY, III, and MICHELE A. DOUGHERTY, his wife, : : : Plaintiff, : : v. : : LEBLOND LTD., et al., : : Defendants.    : | CIVIL ACTION NO. 2:22-cv-3204  ASBESTOS CASE  JURY TRIAL DEMANDED |

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a), Plaintiffs voluntarily dismiss defendant LeBlond Ltd. only from the above-captioned matter.

MAUNE RAICHLE HARTLEY
FRENCH & MUDD, LLC

BY: _/s/ Suzanne Ratcliffe_
Suzanne Ratcliffe

150 W. 30th St., Suite 201
New York, New York 10001
sratcliffe@mrhfmlaw.com

T: 800-358-5922
F: 314-241-4838

Attorney for Plaintiffs

Dated: September 15, 2022