# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EDWARD DOUGHERTY, III,** and **MICHELE A. DOUGHERTY, his wife** | : : : | **CIVIL ACTION NO.** **2:22-cv-03204** |
| Plaintiffs, | : : | |
| v. | : : : | |
| **A.O. SMITH WATER PRODUCTS COMPANY, et al.** | : : : | **ASBESTOS CASE** |
| Defendants. | : | **JURY TRIAL DEMANDED** |

## STIPULATION FOR VOLUNTARY DISMISSAL

It is hereby stipulated by and between Plaintiffs and defendant Intermec Inc., incorrectly sued as "Honeywell International, Inc., f/k/a AlliedSignal, Inc., as successor-in-interest to Cincinnati Milling Machine Company", through their undersigned counsel, that all claims against Intermec Inc., incorrectly sued as "Honeywell International, Inc., f/k/a AlliedSignal, Inc., as successor-in-interest to Cincinnati Milling Machine Company", are dismissed with prejudice from this action and all claims, cross-claims or joinder-claims by Plaintiffs, codefendants, and additional defendants are dismissed with each party to bear their own fees and costs. This Stipulation shall have the same force and effect as an Order of this Honorable Court and shall be filed of record.

16326015-1

| | |
|---|---|
| **MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC** | **RAWLE & HENDERSON LLP** |
| By: *Suzanne Ratcliffe* <br> **Suzanne Ratcliffe, Esquire** | By: _____ <br> **Scott F. Griffith, Esquire** |
| 150 W. 30th Street, Suite 201 <br> New York, NY  10001 <br> sratcliffe@mrhfmlaw.com <br> Phone:  800-358-5922 <br> Fax:     314-241-4838 | The Widener Building <br> One South Penn Square <br> Philadelphia, PA  19107 <br> sgriffith@rawle.com <br> Phone:  215-575-4323 <br> *Fax:     215-563-2583* |
| Attorney for Plaintiffs | Attorney for Intermec Inc., incorrectly sued as "Honeywell International, Inc., f/k/a AlliedSignal, Inc., as successor-in-interest to Cincinnati Milling Machine Company" |

**BY THE COURT:**

_____ J.

**DATED:**  9/21/22

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing Stipulation of Dismissal of Intermec Inc., incorrectly sued as "Honeywell International, Inc., f/k/a AlliedSignal, Inc., as successor-in-interest to Cincinnati Milling Machine Company" with the Clerk of the United States District Court for the Eastern District of Pennsylvania using the EFS system on the below date. It is available for viewing and downloading from the EFS system, and a true and correct copy was served via ECF to all counsel of record registered with the ECF system.

**Dated:**_____

_____
Scott F. Griffith, Esquire (PA ID #71796)
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107
sgriffith@rawle.com
Phone:  215-575-4323
*Fax:*	*215-563-2583*
Attorney for Intermec Inc., incorrectly sued as Honeywell International, Inc., f/k/a AlliedSignal, Inc., as successor-in-interest to Cincinnati Milling Machine Company"

16326015-1