UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EDWARD DOCHERTY, III, AND MICHELLE A. DOUGHERTY, his wife** | : | E.D.P.A. No. 22-cv-03204 |
| *Plaintiffs,* | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | (Judge Robreno) |
| **WATTS REGULATOR COMPANY,** *et al.* | : | |
| | : | Transferred from: |
| *Defendants.* | : | Court of Common Pleas, Philadelphia County |
| | : | Docket No.:  2206-2483 |

## STIPULATION OF VOLUNTARY DISMISSAL OF WATTS REGULATOR COMPANY ONLY

It is hereby Stipulated and Agreed to by and between counsel for Plaintiffs and counsel for Defendant Watts Regulator Company that plaintiff's claims against Watts Regulator Company only are dismissed from this matter with prejudice.

**MAUNE, RAICHLE HARTLEY FRENCH & MUDD LLC**

By: *Jenna Kristal Egner*
Jenna Kristal Egner, Esquire
230 South Broad Street
Suite 1010
Philadelphia, PA  19102
Counsel for Plaintiffs

**LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO**

By: _____
Edward T. Finch, Esquire
190 N. Independence Mall West
Suite 500
Philadelphia, PA  19106
Counsel for Watts Regulator Company

Date:  October 5, 2022

APPROVED BY THE COURT

_____