**McSHEA LAW FIRM, P.C.**
**By:    John P. McShea**
**Pa. I.D. No. 34562**
**1500 Market Street, 40th Floor**              **Counsel for Defendant CBS Corp.,**
**Centre Square, West Tower**                   **n/k/a Paramount Global**
**Philadelphia, PA 19102**

---

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

---

JAMES EDWARD DOUGHERTY, III          :
and MICHELE A. DOUGHERTY, h/w,       :    CIVIL ACTION
                                     :    NO. 2:22-cv-03204-ER
                    Plaintiffs,      :
        v.                           :
                                     :
PARAMOUNT GLOBAL,                    :    ASBESTOS CASE
                                     :
                    Defendants.      :

### STIPULATION TO DISMISS OF DEFENDANT PARAMOUNT GLOBAL

AND NOW, this 14th day of November, 2022, it is hereby STIPULATED

and AGREED by and between the undersigned counsel that defendant Paramount Global is

hereby dismissed from the above-captioned action without prejudice. After notice to all

interested parties, all claims by plaintiffs and any and all cross-claims brought against Paramount

Global are hereby dismissed without prejudice.

**MAUNE RAICHLE HARTLEY**
**FRENCH & MUDD, LLC**                          **McSHEA LAW FIRM, P.C.**

BY: _Jenna Kristal Egner_                       BY: __/s/ John P. McShea__
     Nate Mudd, Esquire                              John P. McShea, Esquire
     Jenna Kristal Egner, Esquire                    Attorney for Defendant
     Attorney for Plaintiffs

                                                **APPROVED BY THE COURT:**

                                                this 14th day of November, 2022

                                                _Eduardo C. Robreno_
                                                _____
                                                                  J.