# REILLY, MCDEVITT, HENRICH, P.C.

**NEW JERSEY OFFICE**
3 EXECUTIVE CAMPUS
SUITE 310
CHERRY HILL, 08002
(856) 317-7180
FAX: (856) 317-7188

ATTORNEYS AT LAW
WIDENER BUILDING
SUITE 410
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107
————
(215) 972-5200
FAX: (215) 972-0405
www.rmh-law.com

**DELAWARE OFFICE**
1013 CENTRE ROAD
SUITE 210
WILMINGTON, DE  19805
(302) 777-1700
FAX:  (302) 777-1705

*Laura Mann*
*Paralegal*
*lmann@rmh-law.com*

December 13, 2022

The Honorable Eduardo C. Robreno
Eastern District of Pennsylvania (Philadelphia)
601 Market Street
Philadelphia, PA 19106
Courtroom 15-A

RE:     **James Edward Dougherty, III and Michelle A. Dougherty, his wife v. Foster Wheeler, LLC. et al.**
**PCCP Docket No.: 2:22-cv-03204**

Dear Judge Robreno:

Counsel for Plaintiff has agreed to the dismissal of Foster Wheeler, LLC, from the above-captioned matter.  The signed Stipulation of Dismissal was circulated to all defense counsel on November 23, 2022 wherein counsel was advised of the intent to file same absent receipt of objections within ten (10) days.  A copy of these documents is attached.

Ten (10) days has passed since the Stipulation was circulated, and to date, there has been no objection to the proposed dismissal Foster Wheeler, LLC. Accordingly Foster Wheeler, LLC, respectfully requests Your Honor's consideration of the enclosed Stipulation for your approval and signature.  Thank you for your consideration.

Respectfully submitted,
**REILLY, MCDEVITT, HENRICH P.C.**

By: _____/LJM_____
Laura J. Mann, Paralegal

LJM/
Enclosure

| | |
|---|---|
| **From:** | Emily Keller |
| **To:** | "Sandy Coco"; "A. Skeens"; "Adam Lazarow"; "Adam Warhola (awarhola@dmclaw.com)"; "Alan Gries, Esq."; "Aleeza Hale"; "Alexandra Kendall"; "Alexis Shaw"; "Alyson Sciacca"; "Alyson Walker Lotman"; "Andrew J. Kornblau, Esq."; "Andrew Siegeltuch"; "Andrew Sperl"; "Andrew Watkins"; "Anna Ashley"; "Anne Marie Kearney"; "Anne Marie Lombardo, Esq."; "Artelia Veal"; "Asbestos_PH@morganlewis.com"; "AsbestosMail-CM"; "Ashley Abrams"; "Nancy DeBasio"; "Ashley Walbridge"; "Beth Spence"; "Bill Adams Esq (adamsw@dmclaw.com)"; "BMPLAW Office"; "Brenda Brigham"; "Burns White"; "Caitlyn Cuttitta"; "Camerson Burke"; "Carlene Edwards"; "Cassandra Basile"; "Catherine Brunermer"; "Catherine Jasons"; "Catherine M. Keally"; "Chelsea Higginbottom"; "Chris Deering"; "Christina Murdoch"; "Christine Law (claw@gibbonslaw.com)"; "Christopher Alexander"; "Christophr Neri"; "Clevenger, Amanda"; "Colleen Lebb"; "Cory Sidelsky"; "Cynthia Chambers"; "Dailey, Christine"; "Dan Fitch Esq. (dfitch@stradley.com)"; "Dan Hefferan"; "Dana Szilier"; David P. Stephens; "Dawn Cason-Downs"; "Dawnn Briddell"; "Debbie Bard"; "Debbie Beck"; "Diamond Thomas"; "Donna M. Turcsanyi "; "Elisabeth Bala"; Emily Keller; "Eric Arnold"; "Eric Santos"; "Erin Magee"; "Fox Rothschild"; "Frank Gattuso"; "Fred Marvel"; "Frost Brown Todd LLC"; "G. Daniel Bruch, Esq."; "Gabriella Ben"; "Gabrielle Abdalla"; "Gina Sweeney"; "Gloria Marquess"; "Gordon & Rees LLP"; "Gregory S. Hribik"; "Gretchen Krauter"; "Heather Conroy"; "Heather Ondik"; "Heidi Anderson"; "Helen Rosenthal"; "Hilary Bonenberger"; "Hillary Rankin"; "Hoagland"; "Hollee Smalley "; "Jacob Yzzi"; "Jacqueline Winner"; "James Insco"; "Jason Melrath"; "Jason Schmolze"; "Jean Luce (jluce@bmplaw.net)"; "Jeanne Welch Sopher"; "Jeffrey L. Pettit"; "Jennifer A. McGarrity"; "Jennifer A. Stein"; "Jennifer Clapp"; "Jennifer Gallagher"; "Jennifer Newby"; "Jennifer Orr"; "Jennifer Seme, Esq."; "Jerome Sparks"; "Jim Montano"; "Jimmy Coleman"; "Joanne Fillius"; "Joanne Parcel Rogers, Esq."; "Joseph M. Gorman"; "John J. Dugan, Esquire "; "Jonathan Greenberg"; "Jordan Cantrell"; "Judy Allenberg"; "Julie Greenberg"; "Karen Babikian"; "Karen Everest"; "Karrie Munshower"; "Kathleen Howard"; "Kathleen Wilkinson"; "Kathy Obermeier"; "Kelly Kirwin"; "Kelly Speir"; "Kelsey Bruzgo"; "Kevin Sullivan"; "Kim Buonanoce"; "Kimberly Breen"; "Kimberly Lippert"; "Krista Reale Samis"; "Kristen Mehr"; "Laura J. Mann; "Lauren Orner"; "Lauren Sariego"; "Leah A. Lewis"; "Linda Dobbins"; "Linda Insalaco"; "Lisa Stagliano"; "Lisa Wilstein"; "Lori Lackner"; "Lorraine Wangemann"; "Maria Ciccia"; "Marie Von Felt"; "Marisa B. Ciarrocki, Esq."; "Marisol E. Ferguson"; "Marissa Miceli"; "Mark J. Skinner"; "Marlene D. Scott"; "Mary K. Gillespie"; "Mary Lynn Lockhart"; "Matthew Brunelli"; "Matthew Nelson"; "Megan Bailey"; "Megan Herbert"; "Melissa Ruth"; "Michele E. Turner"; "Michelle Doria"; "Michelle M. Voigt"; "Michelle Okavage"; "MLockett@bktc.net"; "Molly Williamson"; "Mullaney, Theresa"; "Nancy DeBasio"; "Nancy Price"; "Natalie E. Frost"; "Nicole Fletcher"; "Nicole Lengel"; "Nicole Policarpo"; "Olga Ekshtut"; "pa-asbestos@lcbf.com"; "Paige Muncie"; "Pamela Fairey (faireyp@dmclaw.com)"; "Pamela Maginnis"; "Patrick Zabel"; "Patty Hannigan"; "Patty Romanowski"; "Pauil Weisbein"; "Paul K. Vey, Esquire"; "Peter Lejeune, Esq."; "Post & Schell Group"; "Pradeep Singh"; "Rebecca Potopa"; "Renita Martin"; "Rhonda Steel"; "Richard Polley"; "Richard S. Ranieri"; "Richard Wilson (rfw@wlbdeflaw.com)"; "Rick Brown"; asbestosmail; "Robert Gaehring"; "Robert Shaw"; "Robin Weiss"; "Rose Johnsen"; "Ryan Ellenbaum"; "Ryan Zeli, Esq."; "Scott Griffith"; "Shannon Thompson"; "Stephanie Melo"; "Stephanie Shenck"; "Stephen Barrett"; "Stephen Galati"; "Stewart Singer (ssinger@srstlaw.com)"; "Susan Cocchi"; "Suzanne Mehl"; "Suzanne Mehl"; "Teresa Lepak"; "Theresa Ilisco"; "Theresa Langschultz"; "Tiffany Guzzi"; "Tiffany Turner (turnert@dmclaw.com)"; "Tim Chiappetta"; "Timothy Getty"; "Tina Massa"; "Tony Mirabile Esq. (amirabile@mcshealawfirm.com)"; "Tracey Charles"; "Tristin Fabro"; "Valerie Nicotra"; "Wesley Payne, Esq."; "William Jones, Esq."; "William Smith Esq (smithw@dmclaw.com)"; Jillian Kayati |
| **Subject:** | PCCP Stipulation of Dismissal - Foster Wheeler |
| **Date:** | Wednesday, November 23, 2022 11:23:16 AM |
| **Attachments:** | image001.png |
| | 11.23.22 Ltr to all counsel re FW SOD.pdf |
| | B. Hawkes- FW SOD.PDF |
| | J. Dougherty - FW SOD.PDF |
| | E. Brown- FW SOD.pdf |

Good afternoon all,

Please see the attached correspondences and Stipulation of Dismissal regarding the following defendant(s):

- Foster Wheeler, LLC

If no objections are received within (10) days or on December 3, 2022 the Stipulation(s) will be submitted to the Court as unopposed.

Thank you,
Emily

Emily R. Keller

Paralegal
Reilly, McDevitt & Henrich, P.C.
The Widener Building
One South Penn Square
Philadelphia, PA 19107
p: 215.972.5200 | f: 215.972-0405



**<u>Confidentiality Notice:</u>**
This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to jgorman@rmh-law.com or by telephone at (215) 972-5200 and then delete the message and its attachments from your computer. Thank you.

**JAMES EDWARD DOUGHERTY, III, AND MICHELE A. DOUGHERTY, HIS WIFE,**

**PLAINTIFFS**

vs.

**FOSTER WHEELER LLC (SURVIVOR TO A MERGER WITH FOSTER WHEELER CORPORATION) AND ITS SUBSIDIARIES, (HEREINAFTER REFFERED TO AS "FOSTER WHEELER"), ET AL**

**DEFENDANTS**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**ASBESTOS CASE**

**NO.: 2:22-cv-03204**

## STIPULATION OF DISMISSAL

On this _____ day of _____, 2022, it is hereby STIPULATED and AGREED by and between the undersigned counsel for plaintiffs and counsel for the defendant, FOSTER WHEELER, be and hereby is DISMISSED without prejudice from the above-captioned matter, and any and all claims and cross-claims by co-defendants and additional defendants are hereby dismissed.

By: *Jenna Kristal Egner*
    Jenna K. Egner, Esquire
    Attorney for Plaintiff

By: *Susan M. Valinis*
    Susan M. Valinis, Esquire
    Lindsey E. Lunney, Esquire
    Attorney for Defendant,
    Foster Wheeler

APPROVED BY THE COURT

_____
                                    J.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that the foregoing uncontested Stipulation of

Dismissal was electronically filed and served via E-Service upon all counsel of record on

December 13, 2022.

**REILLY, MCDEVITT & HENRICH, P.C.**

By: _____*/Susan M. Valinis/*_____

Susan M. Valinis, Esquire
Attorney for Foster Wheeler, LLC.